453 A.2d 1

**COMMONWEALTH of Pennsylvania**

v.

**Thomas THURMAN, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 18, 1982.

Decided Dec. 15, 1982.

■■■■■■■■■■■■■■■

O. Robert Silverstein, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Mariana Coleman Sorenson, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM.

Judgments of Sentence Affirmed.